No. 1912. PEOPLE, APPELLEE, *v.* GUASP, APPELLANT. — District Court of Mayagüez. Violation of section 16 of the Game Act. Decided May 23, 1922. There was no bill of exceptions, statement of the case or brief filed. Considering the decision in *People* v. *Villaveitia,* 26 P. R. R. 344, and the record not disclosing any fundamental error, the judgment is *modified and affirmed.*

No. 361. PÉREZ BROS., PETITIONER *v.* DISTRICT COURT OF SAN JUAN, RESPONDENT.—Certiorari. Decided May 29, 1922, on the grounds of the decision in *Guadalupe* v. *Berga, District Judge,* 29 P. R. R. 277. *Petition denied.*

No. 1923. PEOPLE, APPELLEE, *v.* SANTANA, APPELLANT.— District Court of Mayagüez. Aggravated assault and battery. Decided May 29, 1922. There was no bill of exceptions or transcript of the evidence and the record discloses no fundamental error. *Affirmed.*

No. 2727. GARRASTEGUI ET AL., APPELLANTS, *v.* ORTA ET AL., APPELLEES.—District Court of Ponce. Decided May 31, 1922. Motion by the appellee for dismissal and under Rule 42 of this court the motion is sustained. *Appeal dismissed.*

No. 2747. DONES, APPELLANT, *v.* BENÍTEZ, APPELLEE. — No. 2748. PAZ, APPELLANT, *v.* LÓPEZ, APPELLEE.— No. 2749. FERRER, APPELLANT, *v.* CAMUÑAS, APPELLEE. — No. 2750. ROBLES, APPELLANT, *v.* LÓPEZ, APPELLEE.—District Court of Humacao. Mandamus. Decided May 31, 1922. Motions by the appellees for dismissal. *Dismissed.* .

Nos. 365 AND 366. SAN JUAN RACING & SPORTING CLUB, PETITIONER, *v.* FIRST DISTRICT COURT OF SAN JUAN, HON. CHARLES E. FOOTE, JUDGE, RESPONDENT. — Certiorari. Decided June 1, 1922. The questions were the same as those raised in another proceeding pending between the same parties. *Petitions denied.*